**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **John F. Brown** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court | Southern District of New York |
| Case number: | **21–10780–mew** |

Social Security number or ITIN    xxx–xx–0498
EIN  _ _–_ _ _ _ _ _ _

Social Security number or ITIN  _ _ _ _
EIN  _ _–_ _ _ _ _ _ _

# Discharge of Debtor(s) and Order of Final Decree          12/15

A petition under title 11, United States Code was filed by or against the Debtor(s) on 4/23/21; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the Debtor(s) is entitled to a discharge and the estate of the above named Debtor(s) has been full administered.

**IT IS ORDERED:**

- The Debtor(s) is granted a discharge under 11 U.S.C. § 727.

- Yann Geron is discharged as the Trustee of the Debtors estate and the bond is cancelled.

- The chapter 7 case of the above–named Debtor(s) is closed.

8/17/21

**By the court:** Michael E. Wiles
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order grants a discharge to the person named above. It does not dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

**Discharge of Debtor(s) and Order of Final Decree**          page 2

United States Bankruptcy Court

Southern District of New York

In re:

John F. Brown

    Debtor

Case No. 21-10780-mew

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0208-1            User: Admin            Page 1 of 2

Date Rcvd: Aug 17, 2021            Form ID: 155new            Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John F. Brown, 250 South End Avenue, #2H, New York, NY 10280-1075 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7835173 | + | DR. ERIC STEIBLE, DC, 11040 SANTA MONICA, SUITE 404, LOS ANGELES, CA 90025-7547 |
| 7835174 | + | EDFINANCIAL SERVICES L, 120 N SEVEN OAKS DRIVE, KNOXVILLE, TN 37922-2359 |
| 7835177 | + | MANHATTAN MINI STORAGE, 100 WASHINGTON ST, NEWARK, NJ 07102-3024 |
| 7835179 | + | ROB O'CONNOR, C/O VELOCITY INVESTMENTS, 1800 ROUTE 34 N, WALL, NJ 07719-9168 |
| 7835182 | + | TEACHERS FED CREDIT UN, 102 MOTOR PKWY, HAUPPAUGE, NY 11788-5109 |
| 7835183 | + | TEXWOOD INVESTMENT INC, C/O CUSHMAN & WAKEFIELD, PO BOX 9334, NEW YORK, NY 10087-2334 |
| 7835184 | | TIME INVESTMENT CO, 929 E NORTH RIVER, WEST BEND, WI 53095 |
| 7835185 | + | US DEPT ED, PO BOX 5609, GREENVILLE, TX 75403-5609 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QYGERON.COM | Aug 17 2021 23:08:00 | Yann Geron, Yann Geron, Geron Legal Advisors LLC, 370 Lexington Avenue, Suite 1101, New York, NY 10017-6532 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 17 2021 18:59:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 7835169 | + | EDI: AMEREXPR.COM | Aug 17 2021 23:08:00 | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 7835170 | + | EDI: CAPITALONE.COM | Aug 17 2021 23:08:00 | CAPITAL ONE BANK USA N, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 7835178 | + | Email/Text: recovery@paypal.com | Aug 17 2021 18:58:00 | PAYPAL, CORPORATE HEADQUARTERS, 2211 NORTH FIRST STREET, SAN JOSE, CA 95131-2021 |
| 7835976 | + | EDI: RECOVERYCORP.COM | Aug 17 2021 23:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 7835180 | + | EDI: RMSC.COM | Aug 17 2021 23:08:00 | SYNCB/PPC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 7835188 | + | EDI: VERIZONCOMB.COM | Aug 17 2021 23:08:00 | VERIZON, PO BOX 1100, ALBANY, NY 12250-0001 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0208-1                                    User: Admin                                    Page 2 of 2
Date Rcvd: Aug 17, 2021                          Form ID: 155new                          Total Noticed: 20

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7835172 | | CUSHMAN & WAKEFIELD |
| 7835176 | | HELMUT ERIC STEIBL |
| 7835181 | | TEACHERS FED CREDIT UN |
| 7835171 | *+ | CAPITAL ONE BANK USA N, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 7835175 | *+ | EDFINANCIAL SERVICES L, 120 N SEVEN OAKS DRIVE, KNOXVILLE, TN 37922-2359 |
| 7835186 | *+ | US DEPT ED, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 7835187 | *+ | US DEPT ED, PO BOX 5609, GREENVILLE, TX 75403-5609 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory M. Messer | on behalf of Debtor John F. Brown lduc@aol.com NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 2